**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Joseph Asaro, individually and on
behalf of all others similarly situated,

                            Plaintiff,

      -against-

Irwin Naturals,

                            Defendant.

Case No. 2:21-cv-05340-KAM-AKT

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

Date: December 2, 2021

                                          Respectfully submitted,

                                          By: */s/ Jason P. Sultzer*
                                          Jason P. Sultzer, Esq.
                                          **THE SULTZER LAW GROUP P.C.**
                                          85 Civic Center Plaza, Suite 200
                                          Poughkeepsie, NY 12601
                                          Tel.: (845) 483-7100
                                          *sultzerj@thesultzerlawgroup.com*

                                          *Counsel for Plaintiff*